IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD HOWARD,

        Petitioner,                No. CIV S-11-0991 CMK (TEMP) P

    vs.

M. MARTEL,

        Respondent.         <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

/////

/////

1

1        2.  The Clerk of the Court is directed to send petitioner a copy of the in forma

2   pauperis form used by this district.

3

4   DATED:  April 27, 2011

5                                                                  _____

6                                                                  **CRAIG M. KELLISON**
                                                                   UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11  hm
    howa0991.101a

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26