IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD HOWARD,

    Petitioner,               No. CIV S-11-0991 JAM CKD P

    vs.

M. MARTEL,                        ORDER

    Respondent.

_____/

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's August 17, 2011 motion to appoint counsel is granted.

        2. The Federal Defender is appointed to represent petitioner.

        3. The Clerk of the Court is directed to serve a copy of the petition and this order on David Porter, Assistant Federal Defender.

        4. Petitioner's counsel shall contact the Clerk's Office to make arrangements for

1  copies of documents in the file.

2      5. A status conference is set for October 19, 2011 at 10:00 a.m. in Courtroom 26.

3      6. All parties shall appear at the status conference by counsel prepared to discuss:

4          a. The formulation and simplification of the issues, including elimination of frivolous claims and defenses;

6          a. Enumeration and resolution of unexhausted claims; and

7          c. Possible future amendments to the pleadings.

Dated: August 25, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
howa0991.110a