IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD HOWARD,

      Petitioner,                      No. CIV S-11-0991 JAM CKD P

  vs.

M. MARTEL,                                  ORDER

      Respondent.

_____/

      Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel. <u>See</u> 18 U.S.C. § 3006A(a)(2)(B); <u>see also</u> <u>Weygandt v. Look</u>, 718 F.2d 952, 954 (9th Cir. 1983).

      Accordingly, IT IS HEREBY ORDERED that:

      1. Petitioner's August 17, 2011 motion to appoint counsel is granted.

      2. The Federal Defender is appointed to represent petitioner.

      3. The Clerk of the Court is directed to serve a copy of the petition and this order on David Porter, Assistant Federal Defender.

      4. Petitioner's counsel shall contact the Clerk's Office to make arrangements for

1 copies of documents in the file.

2     5. A status conference is set for October 19, 2011 at 10:00 a.m. in Courtroom 26.

3     6. All parties shall appear at the status conference by counsel prepared to discuss:

4         a. The formulation and simplification of the issues, including elimination of frivolous claims and defenses;

6         a. Enumeration and resolution of unexhausted claims; and

7         c. Possible future amendments to the pleadings.

Dated: August 25, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
howa0991.110a