IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD HOWARD,

    Petitioner,                                   No. CIV S-11-0991 JAM CKD P

    vs.

M. MARTEL,                                        ORDER TO SHOW CAUSE

    Respondent.

_____/

        Petitioner is a state prisoner with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed August 26, 2011, a status conference was set for this case on October 19, 2011 at 10:00 a.m. in Courtroom 26. (Dkt. No. 20, 22.) Respondent's counsel David Eldridge failed to appear at the hearing. Good cause appearing, IT IS HEREBY ORDERED that within five days from the date of this order respondent shall file and serve papers showing cause why sanctions should not be imposed for Mr. Eldridge's failure to timely appear for status conference.

Dated: October 19, 2011

                                                   /s/ Carolyn K. Delaney
                                                   CAROLYN K. DELANEY
                                                   UNITED STATES MAGISTRATE JUDGE

2 - howa0991.osc

1