1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9   GERALD HOWARD,

10          Petitioner,                No. CIV S-11-0991 JAM CKD P

11      vs.

12  M. MARTEL,                             ORDER

13          Respondent.

14  _____/

15          Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas

16  corpus pursuant to 28 U.S.C. § 2254.  On October 19, 2011, this court issued an order to show

17  cause why sanctions should not be imposed for the failure of respondent's counsel David

18  Eldridge to appear for a scheduled status conference.  Mr. Eldridge has timely complied with this

19  order.  Good cause appearing, the court hereby orders that:

20          1. The order to show cause (Dkt. No. 31) is discharged; and

21          2.  Petitioner's motion for a 30-day extension of time (Dkt. No. 27) is denied as

22  moot, as petitioner has until December 19, 2011 to file an amended petition.

23   Dated: October 31, 2011

24                                          _____

25                                          CAROLYN K. DELANEY
                                            UNITED STATES MAGISTRATE JUDGE
26  2 / howa0991.ord

1