IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD HOWARD,

        Petitioner,                No. CIV S-11-0991 JAM CKD P

    vs.

M. MARTEL,                        ORDER

        Respondent.

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On October 19, 2011, this court issued an order to show cause why sanctions should not be imposed for the failure of respondent's counsel David Eldridge to appear for a scheduled status conference.  Mr. Eldridge has timely complied with this order.  Good cause appearing, the court hereby orders that:

        1. The order to show cause (Dkt. No. 31) is discharged; and

        2.  Petitioner's motion for a 30-day extension of time (Dkt. No. 27) is denied as moot, as petitioner has until December 19, 2011 to file an amended petition.

 Dated: October 31, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / howa0991.ord

1