UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD HOWARD,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>M. MARTEL,<br><br>　　　　Respondent. | No.  2:11-cv-0991 JAM CKD P<br><br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding with counsel, seeks habeas relief pursuant to 28 U.S.C. § 2254 for his 2008 first degree murder conviction.  On July 20, 2012, petitioner submitted an amended petition asserting three claims.  (ECF No. 49-1.)  On September 27, 2012, this action was stayed pursuant to <u>Rhines v. Weber</u>, 544 U.S. 269 (2005), to allow petitioner to exhaust state remedies as to his third claim.  (ECF No. 54.)  On August 20, 2013, petitioner notified this court that the state habeas petition filed to exhaust state remedies was denied by the California Supreme Court on August 14, 2013.  Accordingly, he requests that the <u>Rhines</u> stay be lifted.  (ECF No. 56.)

　　　　In addition to granting this request, the court will direct respondent to file a response to the amended petition filed on July 20, 2012.

　　　　In accordance with the above, IT IS HEREBY ORDERED that:

　　　　1. The Clerk of Court shall re-open this action, lifting the administrative stay;

1

2. Respondent is directed to file a response to petitioner's amended habeas petition within sixty days from the date of this order.  See Rule 4, 28 U.S.C. foll. § 2254.  An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition.  See Rule 5, 28 U.S.C. foll. § 2254;

3. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

4. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fourteen days thereafter.

Dated:  August 28, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / howa0991.lift