UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD HOWARD,<br><br>    Petitioner,<br><br>    v.<br><br>M. MARTEL,<br><br>    Respondent. | No. 11-cv-0991 JAM CKD P<br><br><br>ORDER |

Good cause appearing, the "Declaration of Attorney Krista Hart in Response to Mr. Howard's Claim of 'Severe Incompatibility'" is hereby ordered filed <u>ex parte</u> and under seal.

Dated: January 31, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / howa0991.seal

1