UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD HOWARD,<br><br>    Petitioner,<br><br>    v.<br><br>M. MARTEL,<br><br>    Respondent. | No.  2:11-cv-0991 JAM CKD P<br><br><br>ORDER |

    Petitioner is a state prisoner proceeding in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Before the court is petitioner's November 12, 2013 motion to appoint new counsel.  (ECF No. 62.)  Per the court's order of December 30, 2013, petitioner's counsel, Ms. Hart, has filed a response to the motion.  (ECF No. 67.)  The court has reviewed this response, filed under seal.  (See ECF No. 66.)

    As set forth in the court's December 30, 2013 order, a motion by a habeas petitioner to substitute counsel should be decided under the "interests of justice" standard.  Martel v. Clair, 132 S. Ct. 1276, 1284-1286 (2012).  Having reviewed Ms. Hart's response to the motion, and in light of the full record of this action, the undersigned concludes that the interests of justice do not warrant a substitution of counsel at this time.  However, the court will deny petitioner's motion

1

without prejudice to renewal at a later stage of the proceedings, e.g., in the event that an evidentiary hearing is scheduled in this matter.

    Accordingly, IT IS SO ORDERED that petitioner's motion to appoint new counsel (ECF No. 62) is denied without prejudice to renewal at a later stage of this action.

Dated: February 7, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / how0991.ord